UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COURT FILE NO: CV-

| | |
|---|---|
| DANA B. TILLOTSON, an individual )<br>     Plaintiff    )<br> v.          )<br>NCC BUSINESS SERVICES INC. )<br>     Defendant    ) | CASE NO.: 11-5904 |

**NOTICE OF DISMISSAL**

  PLEASE TAKE NOTICE that Plaintiff, DANA B. TILLOTSON, pursuant to Rule 41 (a)(I)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

      BY: /s/Michael P. Forbes
         MPF8441
         Michael P. Forbes, Esquire
         Attorney for Plaintiff
         Law Office of Michael P. Forbes, PC
         Attorney I.D. #55757
         200 Eagle Road
         Suite 220
         Wayne, PA  19087
         (610)293-9399