UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COURT FILE NO: CV-

| | | |
|---|---|---|
| DANA B. TILLOTSON, an individual | ) | |
| Plaintiff | ) | |
| v. | ) | CASE NO.: 11-5904 |
| NCC BUSINESS SERVICES INC. | ) | |
| Defendant | ) | |

**FILED**

MAR - 9 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, DANA B. TILLOTSON, pursuant to Rule 41 (a)(I)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY:   /s/Michael P. Forbes
MPF8441
Michael P. Forbes, Esquire
Attorney for Plaintiff
Law Office of Michael P. Forbes, PC
Attorney I.D. #55757
200 Eagle Road
Suite 220
Wayne, PA  19087
(610)293-9399

*Order*

*[handwritten] Case of record and matter closed.*

*[signature]*